UNITED STATES DISTRICT COURT

___EASTERN___  **District of**  ___CALIFORNIA___

| | |
|---|---|
| KEITH ALAN STEWART,<br>    Plaintiff<br><br>                V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br>CASE      1:13-CV-01218-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

  X  The clerk is directed to file the complaint.

  X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this  __2nd__  day of  ___October___ , __2013__ .

                              ___/s/ Barbara A. McAuliffe___
                                 Signature of Judicial Officer

                              __BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
                                 Name and Title of Judicial Officer