UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| KEITH ALAN STEWART, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| | **PREPAYMENT OF FEES** |
| V. | |
| | |
| COMMISSIONER of SOCIAL SECURITY, | CASE    1:13-CV-01218-BAM |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this ___2nd___ day of _____October_____, __2013__ .

_____
/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer