Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
KEITH ALAN STEWART

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALAN STEWART | Case No.: 1:13-cv-01218-BAM |
| Plaintiff, | |
| v. | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include June 11, 2014, in which to file Plaintiff's Opening Brief; and Defendant's Brief shall be due July 11, 2014. All other deadlines set forth in the October 2, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **May 15, 2014**                    /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

-1-