UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ALAN STEWART,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____ / | Case No. 1: 13-cv-01218-BAM<br><br>**ORDER OF DISMISSAL** |

The parties to this action have stipulated that this case should be dismissed with prejudice. (Doc. 14.) The Court APPROVES the parties' stipulation and DISMISSES this action WITH PREJUDICE. Each party will bear their own fees, costs and expenses.

IT IS SO ORDERED.

Dated: __June 16, 2014__     /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE